UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:
BART BELANGER : CHAPTER 7
    DEBTOR : CASE NO. 10-30700
LMW

WELLS FARGO BANK, N.A.
    MOVANT : DOC. I.D. NO. 12
VS
BART BELANGER
    DEBTOR
BARBARA H. KATZ, TRUSTEE :
    RESPONDENTS

ORDER GRANTING WELLS FARGO BANK, N.A. RELIEF FROM STAY

After notice and a hearing on the above-referenced Motion for Relief from Stay, Doc. I.D. No. 12:

**IT IS HEREBY ORDERED** that the Automatic Stay of Section 362(a) in the above-captioned estate is modified to permit WELLS FARGO BANK, N.A. and/or its successors and assigns to commence and/or continue and prosecute to resolution a foreclosure action affecting the Debtor's interest in real property known as **498 Ocean Avenue, West Haven, Connecticut** in accordance with state law and/or permit WELLS FARGO BANK, N.A. and/or its successors and assigns to contact the Debtor by telephone or written correspondence and, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. If the Debtor received a Chapter 7 discharge after the Movant's loan was originated, any such agreement shall be non-recourse unless included in a reaffirmation agreement, and

**IT IS FURTHER ORDERED** that the 14-day stay under Fed.R.Bankr.P. 4001(a)(3) is **extended** so that U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE may not immediately enforce and implement this order granting relief from automatic stay until **May 22, 2010**.

Dated: April 27, 2010                                                    BY THE COURT

*Lorraine Murphy Weil*
Lorraine Murphy Weil
Chief United States Bankruptcy Judge